WR-83,141-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/16/2015 11:06:22 AM
Accepted 4/16/2015 11:26:19 AM
ABEL ACOSTA
CLERK

IN THE COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| IN RE | § | CASE NO. _____ |
| JUSTIN CHISUM | § | |

RECEIVED
COURT OF CRIMINAL APPEALS
4/16/2015
ABEL ACOSTA, CLERK

## MOTION FOR LEAVE TO FILE EMERGENCY WRIT OF MANDAMUS

Respondent The Honorable William Eichman, II, is the duly elected and qualified judge of the 364th District Court of Lubbock County, Texas. By virtue of his office, Respondent has jurisdiction over the instant case in which Defendant/Relator is seeking relief.

Defendant/Relator seeks relief in the instant case from Respondent's failure to perform a ministerial duty, to wit: Respondent has failed to stay proceedings in Defendant/Relator's case despite the legislative mandate of article 46B.004(d) of the Texas Code of Criminal Procedure.

The act or acts Defendant/Relator seeks to compel of Respondent are ministerial rather than discretionary.

Moreover, Defendant/Relator seeks relief in the instant case from Respondent's abuse of discretion, to wit: Respondent has failed to stay proceedings despite evidence of Defendant/Relator's incompetency in violation of Defendant/Relator's right to due process, right to counsel, and right to defend himself under the Fifth, Sixth, and Fourteenth Amendments of the United States Constitution and article I, section 10 of the Texas Constitution.

Defendant/Relator has no other adequate remedy at law to compel Respondent to grant the above request.

WHEREFORE, PREMISES CONSIDERED Defendant/Relator's right to Due Process, as guaranteed by the Fifth and Fourteenth Amendments of the United States Constitution and article I, section 10 of the Texas Constitution; right to defend himself guaranteed by the Sixth and Fourteenth Amendments of the United States Constitution and article I, section 10 of the Texas Constitution; and right to a stay of proceedings under article 46B.004(d) of the Texas Code of Criminal Procedure, have been denied and Defendant/Relator is entitled to a writ of mandamus to compel the Honorable Trial Judge to grand the instant request.

Respectfully submitted,

THE LAW OFFICE OF ALLISON CLAYTON
P.O. Box 64752
Lubbock, Texas 79464-4752
Tel: (806) 773-6889
Fax: (888) 688-4515

By: _Allison Clayton_____
Allison Clayton
State Bar Number 24059587

Attorney for Justin Chisum

## CERTIFICATE OF SERVICE

I certify that on April 16, 2015, a copy of this brief was served on opposing counsel, Jeffrey S. Ford of the Lubbock County District Attorney's Office and on the trial court, the Honorable William Eichman, II, of the 364th District Court of Lubbock County, Texas, via electronic mail.

Allison Clayton